UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHUNLIAN ZHU,

                Petitioner,

     v.

SEATTLE ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C21-0255-TSZ-SKV

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

       This is a 28 U.S.C. § 2241 immigration habeas action.  Petitioner currently has two motions for appointment of counsel pending, representing his second and third motions for appointment of counsel in his case.  Dkts. 12, 16.  Petitioner's original motion for appointment of counsel (Dkt. 2), was denied by the Court on April 5, 2021 (Dkt. 5).  The Court, having considered the currently pending motions, Petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

       (1)     The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001).  This letter was filed in conjunction with Petitioner's third motion for appointment of counsel.  *See* Dkts. 16, 16-1.  The Court is persuaded that because of the complex

issues involved in this case, the interests of justice now require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B).  As required by statute, Petitioner has demonstrated financial eligibility for such appointment.  *See id.*  Accordingly, Petitioner's request for appointment of counsel is GRANTED.  The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable John C. Coughenour.

Dated this 30th day of July, 2021.

S. KATE VAUGHAN
United States Magistrate Judge