UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUNLIAN ZHU,<br><br>                    Petitioner,<br><br>         v.<br><br>SEATTLE ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C21-0255-JCC-SKV<br><br>ORDER DIRECTING GOVERNMENT TO FILE UPDATE REGARDING REMOVAL |

This is a federal habeas action filed pursuant to 28 U.S.C. § 2241.  Currently pending before the Court is the Government's motion to dismiss Petitioner's petition for writ of habeas corpus.  Dkts. 1, 7.  The Government has detailed in its motion to dismiss (Dkt. 7), and in its reply brief in support of its motion (Dkt. 13), the efforts it has made to effectuate Petitioner's removal to China.  A review of ICE's online detainee locator indicates that Petitioner has yet to be removed.  As over sixty days have passed since the Government provided the last update on its efforts to remove Petitioner, and as an update on those efforts may aid the Court in its resolution of the Government's pending motion to dismiss, the Government is directed to provide an update regarding Petitioner's removal not later than **August 6, 2021**.  The Clerk is

ORDER DIRECTING GOVERNMENT TO
FILE UPDATE REGARDING REMOVAL
PAGE - 1

directed to RE-NOTE the Government's motion to dismiss (Dkt. 7) for *August 6, 2021*, and to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 30th day of July, 2021.

S. KATE VAUGHAN
United States Magistrate Judge