District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUNLIAN ZHU,<br><br>              Petitioner,<br><br>       v.<br><br>SEATTLE ICE FIELD OFFICE DIRECTOR,<br><br>              Respondent. | No. C21-0255-TSZ-SKV<br><br>JOINT STIPULATION AND ORDER DISMISSING HABEAS PETITION |

COMES NOW Respondent, by and through counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and James C. Strong, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Sara Brin, Assistant Federal Public Defender, and hereby jointly stipulate and agree as follows:

WHEREAS on March 1, 2021, Petitioner filed a habeas petition challenging his continued immigration detention.  Dkt. 1.

WHEREAS on April 26, 2021, Respondent filed a Return Memorandum and Motion to Dismiss Petitioner's habeas petition.  Dkt. 7.

WHEREAS, on August 12, 2021, ICE removed Petitioner from the United States to China. Dkt. 23.

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
(C21-0255-TSZ-SKV) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

WHEREAS the parties agree that Petitioner's removal rendered the habeas petition moot because he is no longer in Respondent's custody and the only relief he sought was release from detention or a bond hearing.  *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1064-65 (9th Cir. 2007).

WHEREAS the parties agree that Respondent's motion to dismiss is also therefore moot.

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Respondent's motion to dismiss is hereby denied as moot; and
2. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 17th day of August, 2021.

TESSA M. GORMAN
Acting United States Attorney

 s/ James C. Strong
JAMES C. STRONG, OR No. 131597
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  james.strong@usdoj.gov

Attorneys for Respondent

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
(C21-0255-TSZ-SKV) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

1 | SO STIPULATED.

2 | DATED this 17th day of August, 2021.

3 |

4 | *s/ Sara Brin*
SARA BRIN, WSBA No. 52476
Assistant Federal Public Defender
5 | Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
6 | Seattle, Washington  98101
Phone:  (206) 553-1100
7 | Email:  Sara_Brin@fd.org

8 | Attorney for Petitioner

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
(C21-0255-TSZ-SKV) - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

**ORDER**

IT IS HEREBY ORDERED:

1. The Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 22, is STRICKEN as moot;

2. Respondent's motion to dismiss, docket no. 7, is STRICKEN as moot; and

3. Petitioner's habeas petition, docket no. 1, is dismissed as moot, without fees or costs to either party.

DATED this 23rd day of August, 2021.

_____
Thomas S. Zilly
United States District Judge

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION
(C21-0255-TSZ-SKV) - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970